UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ANTIONE D. FORD,

       Plaintiff,                  Case No. 1:15-cv-812

v.                                  Honorable Paul L. Maloney

GARY OLIVER et al.,

       Defendants.

_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.


Dated:   August 27, 2015           /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge